**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| SOUTHERN SQUARE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MINH T. PHAN, <br><br> Defendant. | CIVIL ACTION NO.: 6:19-cv-41 |

**O R D E R**

Presently before the Court is the parties' Stipulation of Dismissal. (Doc. 24.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this action with prejudice and **TERMINATES** all motions and deadlines. The Clerk of Court shall **CLOSE** this case.

**SO ORDERED**, this 24th day of March, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA